

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | No. 1:19cr263 |
| v. ) | |
| ) | Count 1: Laundering of Monetary |
| ) | Instruments |
| MICHAEL BERNARD BAGLEY, ) | (18 U.S.C. §§ 1956(a)(3)(B) and 2) |
| Defendant. ) | |
| ) | Forfeiture Notice |

**Criminal Information**

The United States charges that:

**Count 1**
**(Laundering of Monetary Instruments)**

On or about April 16, 2019, in the Eastern District of Virginia and elsewhere, the defendant MICHAEL BERNARD BAGLEY, with the intent to conceal and disguise the nature, location, source, ownership, and control of property believed to be the proceeds of specified unlawful activity, did knowingly conduct and attempt to conduct financial transactions affecting interstate or foreign commerce involving property represented by CS-1 and CS-2, at the direction of law enforcement, to be proceeds of specified unlawful activity, to wit: the deposit of $7,500 into a Bank of America account controlled by BAGLEY of funds he believed represented the proceeds of an offense involving the manufacture, importation, and/or distribution of a controlled substance in violation of Title 21, United States Code, Section 841(a)(1), all in violation of Title 18, United States Code, Section 1956(a)(3)(B) and 2.

On or about the following additional dates, the defendant MICHAEL BERNARD BAGLEY, conducted financial transactions affecting interstate or foreign commerce regarding

funds he believed represented the proceeds of an offense involving the manufacture, importation, and/or distribution of a controlled substance:

| Date    | Amount of Deposit | Deposited Funds Account |
|---------|-------------------|-------------------------|
| 4/17/19 | $30,050           | x7183                   |
| 4/22/19 | $5,000            | x7183                   |

(All in violation of Title 18, United States Code, Section 1956(a)(3)(B) and 2.)

## Forfeiture Notice

Pursuant to Rule 32.2(a) of the Federal Rules of Criminal Procedure, the defendant is notified that, if convicted of the money laundering offense alleged in Count One, the defendant shall forfeit to the United States, pursuant to 18 U.S.C. § 982(a)(1), any property, real, or personal, involved in such offense, including but not limited to the following property:

a. A sum of money, which is at least $31,000.00 in United States currency, representing the amount of property involved in the money laundering offense.

(All pursuant to Title 18, United States Code, Section 982; Title 21, United States Code, Section 853(p), and Rule 32.2(a) of the Federal Rules of Criminal Procedure.)

G. Zachary Terwilliger
United States Attorney

By: *(signature)*
Jamar K. Walker
Karen L. Taylor
Assistant U.S. Attorneys