# UNITED STATES DISTRICT COURT
## ** Plea Minutes **

Date: 09/05/2019  
Time: 11:24 a.m. – 12:13 p.m.  
       12:41 p.m. – 12:49 p.m.  
       (00:57)

Case #: 1:19-cr-00263-TSE-1  
Interpreter/Lang: N/A

Honorable **T.S. ELLIS III**, United States District Judge, Presiding

| Tanya Randall | Julie Egal |
|---|---|
| Courtroom Deputy | Court Reporter |

**UNITED STATES OF AMERICA**  
    v.  
**MICHAEL BERNARD BAGLEY**

Deft appeared: [X] in person     [ ] failed to appear  
                 [X] with Counsel     [ ] without Counsel  
                 [ ] through Counsel

BERNARD CRANE  
**Counsel for Defendant**

KAREN TAYLOR  
JAMAR WALKER  
**Counsel for Government**

**Matter called for:**  
[X] Pre-Indictment Plea     [ ] Change of Plea     [ ] Plea Agreement

**Filed in open court:**  
[X] Information    [X] Plea Agreement   [X] Statement of Facts    [X] Waiver of Indictment

**Arraignment & Plea:**  
[ ] WFA     [ ] FA     [ ] PG

**Plea:**  
[X] Deft entered a Plea of Guilty as to Count(s) 1 of the   [ ] Indictment   [X] Information

[X] Plea accepted by the Court.

[ ] Deft waived right to PSI and consent to proceed with sentencing

[ ] Motion for Dismissing Count(s) _____ by [ ] US or [ ] Deft

[ ] Order entered in open court     [ ] Order to follow

[X] Deft directed to USPO for PSI    [X] Yes    [ ] No

[X] Case continued to: **DECEMBER 20, 2019** at **9:00 A.M.** for:

    [ ] Jury Trial     [ ] Bench Trial     [ ] Pre-Guidelines Sentencing     [X] Guidelines Sentencing

- Defense request court considering amending order of release -DENIED
- Court ruled defendant will remain detained but will give leave to the defense counsel after he consults with the Government on a resolution for the court to consider.
- Consent Order of Forfeiture entered in open court.

[X] Deft remanded    [ ] Deft Released on Bond   [ ] Deft Continued on same bond conditions