PIP

# Criminal Case Cover Sheet

FILED: REDACTED

U.S. District Court

Place of Offense:
☒ Under Seal
Judge Assigned: JFA

City: Alexandria
Superseding Indictment:
Criminal No. 1:19-CR-263

County: Fairfax
Same Defendant:
New Defendant:

Magistrate Judge Case No. 1:19MJ-315
Arraignment Date:

Search Warrant Case No.
R. 20/R. 40 From:

## Defendant Information:

Defendant Name: Michael Bernard Bagley
Alias(es):
☐ Juvenile  FBI No.

Address: ▮▮▮▮▮▮ Alexandria VA 22314

Employment:

Birth Date: ▮▮/1968
SSN: ▮▮▮-▮▮-5499
Sex: Male
Race: Caucasian
Nationality:

Place of Birth:
Height:
Weight:
Hair:
Eyes:
Scars/Tattoos:

☐ Interpreter  Language/Dialect: English
Auto Description:

## Location/Status:

Arrest Date:
☒ Already in Federal Custody as of: Jul 10, 2019
in:

☐ Already in State Custody
☐ On Pretrial Release
☐ Not in Custody

☐ Arrest Warrant Requested
☐ Fugitive
☐ Summons Requested

☐ Arrest Warrant Pending
☒ Detention Sought
☐ Bond

## Defense Counsel Information:

Name: BERNARD F. GRANE
☐ Court Appointed
Counsel Conflicts:

Address: 601 Penn Ave. NW, Suite 900 South
WA DC 20004
☐ Retained

Phone: (202) 429-2900
☐ Public Defender
☐ Federal Public Conflicted Out

## U.S. Attorney Information:

AUSA(s): Jamar K. Walker
Phone: 703-299-3827
Bar No.

## Complainant Agency - Address & Phone No. or Person & Title:

Federal Bureau of Investigation; Bryce Oleski, Special Agent

| U.S.C. Citations: | Code/Section | Offense Charged | Count(s) | Capital/Felony/Misd./Petty |
|---|---|---|---|---|
| Set 1: | 18 U.S.C. § 1956(a)(3)(a) | Money Laundering | 1 | felony |
| Set 2: | | | | |

Date: 7/10/2019
AUSA Signature: [signature]
*may be continued on reverse*