

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>MICHAEL BERNARD BAGLEY, )<br>)<br>Defendant. ) | Criminal No. 1:19-cr-263 (TSE) |

## CONSENT ORDER OF FORFEITURE

WHEREAS, on September 5, 2019, the defendant, Michael Bernard Bagley, waived indictment and pleaded guilty to a one-count criminal information charging the defendant with the laundering of monetary instruments, in violation of Title 18, United States Code, Section 1956(a)(3)(B), and agreed to the entry of a forfeiture money judgment that is the subject of this order;

WHEREAS, the defendant obtained at least $31,000.00 U.S. currency from money laundering, an amount for which the defendant will be solely liable;

AND WHEREAS, the defendant agrees to waive the provisions of Federal Rules of Criminal Procedure 11(b)(1)(J), 32.2(a), 32.2 (b)(4) and 43(a) with respect to notice in the criminal information that the government will seek forfeiture as part of any sentence in this case, and that entry of this order shall be made a part of the sentence, in or out of the presence of the defendant, and included in the Judgment in this case without further order of the Court.

NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:

1. The United States of America shall have a forfeiture money judgment, pursuant to Fed. R. Crim. P. 32.2(b)(1) and 18 U.S.C. § 982(a)(1), against the defendant, Michael Bernard Bagley, for $31,000.00 U.S. currency, an amount that represents illegal proceeds the defendant obtained from money laundering, in violation of 18 U.S.C. § 1956(a)(3)(B), and an amount for which the defendant shall be solely liable.

2. The United States of America may collect said judgment by all available means, including but not limited to the forfeiture of direct proceeds and substitute assets.

3. Pursuant to Fed. R. Crim. P. 32.2(b)(3), upon entry of this order, the United States is authorized to conduct any appropriate discovery including depositions, interrogatories, requests for production of documents and for admissions, and pursuant to Fed. R. Civil P. 45, the issuance of subpoenas.

4. The Attorney General, Secretary of Homeland Security, Secretary or the Treasury, or a designee, is hereby authorized to seize, inventory, and otherwise maintain custody and control of the property, whether held by the defendant or by a third party, and to conduct any discovery proper in identifying, locating or disposing of the property subject to forfeiture pursuant to Fed. R. Crim. P. 32.2 (b)(3) and 21 U.S.C. § 853(g).

5. Because the forfeiture consists of a money judgment, no ancillary proceeding is necessary as directed by Fed. R. Crim. P. 32.2(c)(1).

September ___, 2019

Alexandria, Virginia

_____
United States District Judge T.S. Ellis, III

WE ASK FOR THIS:

G. Zachary Terwilliger
United States Attorney

By: _____
Jamar K. Walker
Karen L. Taylor
Assistant United States Attorneys

_____
Michael Bernard Bagley
Defendant

_____
Bernard F. Crane, Esq.
Counsel for the Defendant

3